IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v. NO.   3:22-mj-00884-BK-1

RAYNALDO RIVERA ORTIZ JR.

## MOTION FOR DETENTION

The United States moves for detention of defendant, Raynaldo Rivera Ortiz Jr., pursuant to Crim. Rule 5(d)(3) and 18 U.S.C. §3142.

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

  __X__ Maximum sentence life imprisonment or death
       (see 18 U.S.C. § 1365(a)(2))

    \_\_\_\_\_ 10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

  __X__ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other
       dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    <u> X </u> Defendant's appearance as required

    <u> X </u> Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

    _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

    _____ Probable cause to believe Defendant violated terms of pretrial release, 18 U.S.C. § 3148.

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    <u> X </u> At first appearance

    _____ After continuance of _____ days (not more than 3).

DATED this 13th day of September, 2022.

                Respectfully submitted,

                CHAD E. MEACHAM
                UNITED STATES ATTORNEY

                s/ *John J. de la Garza III*
                John J. de la Garza III
                Assistant United States Attorney
                Texas State Bar Number 00796455
                1100 Commerce Street, Third Floor
                Dallas, TX  75242-1699
                Tel: (214) 659-8682; Fax:  (214) 659-8805
                Email:  john.delagarza@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of this document were served this day on counsel of record by electronically filing the document with the clerk of court for the U.S. District Court, Northern District of Texas using the ECF system.

                s/ *John J. de la Garza III*
                John J. de la Garza III
                Assistant United States Attorney