IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:22-MJ-884-BK |
| RAYNALDO RIVERA ORTIZ JR. | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America, by and through the United States Attorney for the Northern District of Texas, respectfully moves the Court to unseal the complaint and the related warrant issued in this matter to allow the defense and public to access the documents. Ortiz has been arrested.

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ John J. De La Garza III
JOHN J. DE LA GARZA III
Assistant United States Attorney
Texas State Bar Number 24038115
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Tel: (214) 659-8682
Fax: (214) 659-8805
Email: john.delagarza@usdoj.gov

Government's Motion to Unseal Complaint – Page 1