IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:22-MJ-884-BK |
| RAYNALDO RIVERA ORTIZ JR. | |

## ORDER

Before the Court is the Government's Motion to Unseal Complaint in the above-captioned cause. The Court **GRANTS** the motion. IT IS THEREFORE ORDERED that the complaint and related warrant be **unsealed.**

**SO ORDERED** on this __ day of September, 2022.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE