# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: DAVID L. HORAN | |
|---|---|
| DEPUTY CLERK: Shakira Todd | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 10:32 – 1:00 |
| 10:00 A.M.    P.M. | DATE: September 19, 2022 |

☑ MAG. NO.        ☐ DIST. CR. NO. 3:22-mj-00884-BK

US Magistrate Judge Renee Harris Toliver

UNITED STATES OF AMERICA

§ John de la Garza & Errin Martin, AUSA

v.

RAYNALDO RIVERA ORTIZ, JR. (1)

§ Laura Harper (F)

COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☐ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☑ PRELIMINARY HEARING
☑ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:   ☐ SURRENDER _____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE ☐ ID ☑ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☑ REMARKS: Government's Exhibits 1-8 Admitted. Government's Motion for Detention is granted.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 19 2022
CLERK, U.S. DISTRICT COURT
By _____ Deputy